UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORIS BARYSHNIKOV,<br><br>    Plaintiff,<br>v.<br><br>UNIVERSAL CREDIT CORPORATION,<br><br>    Defendant. | Case No. 2:14-cv-08802-BRO-MAN<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

  Plaintiff, Boris Baryshnikov, by counsel, hereby respectfully notifies the Court that all matters herein between Boris Baryshnikov and Universal Credit Corporation have been settled, and that the Plaintiff's cause against Universal Credit Corporation shall be dismissed, with prejudice, with each party to bear their own costs and attorneys' fees.

This 26th day of February 2015.  By: s/ Heidi N. Miller
                  Nathan E. DeLadurantey
                  Heidi N. Miller
                  DeLadurantey Law Office, LLC
                  735 W. Wisconsin Ave., Suite 720
                  Milwaukee, WI 53233
                  P: 414-377-0515
                  F: 414-755-0860